1

2

3                          UNITED STATES DISTRICT COURT

4                                 DISTRICT OF NEVADA

5    In re Anthony Michael Gioiosa, Sr.              Case No.  2:22-cv-00244-GMN-DJA

6                                                                    **Order**

7

8

9

10   **I.      Discussion.**

11          On February 8, 2022, Plaintiff, an inmate in the custody of High Desert State Prison, filed

12   an initiating document, which appears to be a letter.  (ECF No. 1).  Plaintiff has not filed an

13   application to proceed *in forma pauperis* in this matter or submitted a filing fee.

14          Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil

15   action in this Court may apply to proceed *in forma pauperis* in order to file the civil action

16   without prepaying the full $402 filing fee.  To apply for *in forma pauperis* status, the inmate

17   must submit <u>all three</u> the following documents to the Court:

18          (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's

19          approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

20          (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail

21          official (i.e. page 4 of this Court's approved form), and

22          (3) a copy of the **inmate's prison or jail trust fund account statement for the previous**

23   **six-month period**.

24          The Court will grant Plaintiff a **<u>one-time</u>** opportunity to file a complaint and a fully

25   complete application to proceed *in forma pauperis* containing all three of the required

26   documents, or in the alternative, pay the full $402 filing fee for this action on or before

27   **Thursday, May 12, 2022.**  Absent unusual circumstances, the Court will <u>not</u> grant any further

28   extensions of time.  If Plaintiff is unable to file a complaint and a fully complete application to

proceed *in forma pauperis* with all three required documents or pay the full $402 filing fee on or before **Thursday, May 12, 2022**, the Court will dismiss this case <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is able to file a complaint and able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee.  To clarify, a dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff is able to file a complaint and has all three documents needed to submit with an application to proceed *in forma pauperis*.  Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **Thursday, May 12, 2022** to proceed with this case.

**II.      Conclusion.**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court is kindly directed to send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **Thursday, May 12, 2022**, Plaintiff will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

1    IT IS FURTHER ORDERED that, if Plaintiff does not file a complaint and a fully

2  complete application to proceed *in forma pauperis* with all three documents or pay the full $402

3  filing fee for a civil action on or before **Thursday, May 12, 2022**, the Court will recommend that

4  this action be dismissed without prejudice.

5

6    DATED:  April 12, 2022.

7

8                                        _____
                                         DANIEL J. ALBREGTS

9                                        UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17   .

18

19

20

21

22

23

24

25

26

27

28